# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

TAMMY L. DAUGHTRY

VERSUS

GENEVIEVE A. SEGHERS AND
USAA GENERAL INDEMNITY
COMPANY

NO.  2021 CW 0199

**MAY 10, 2021**

---

In Re:     Genevieve A. Seghers, applying for supervisory writs,
           22nd Judicial District Court, Parish of St. Tammany,
           No. 2019-11774.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

   **WRIT DENIED.**

**GH**
**AHP**

   **McDonald, J.**, dissents and would issue a briefing schedule
pursuant to La. Code of Civ. P. art 966(H).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT